### BENVEGA v. UNITED SURETY CO.

(Supreme Court, Appellate Division, First Department. May 14, 1909.)

Appeal from Special Term, New York County.

Action by Pietro Benvega against the United Surety Company. From a judgment of the Special Term (115 N. Y. Supp. 199) overruling a demurrer to the answer and dismissing the complaint, plaintiff appeals. Reversed.

Argued before INGRAHAM, McLAUGHLIN, LAUGHLIN, HOUGHTON, and SCOTT, JJ.

Nelson L. Keach, for appellant.
Edwin Blumenstiel, for respondent.

PER CURIAM. Judgment reversed, with costs, and demurrer sustained, with costs, with leave to defendant to amend on payment of costs, on the opinion in Musco v. United Surety Co. (decided herewith) 117 N. Y. S. 21. Order filed.